## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Patrick Gary Schlegel** DOB: 1991; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. **25-12326MJ** |

Complaint for a violation of Title 18, United States Code, §§ 751(a) and 4082

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 15, 2024, in Tucson, in the District of Arizona, **Patrick Gary Schlegel** did knowingly escape from the custody of Dismas Charities, an institutional facility located at 3443 S. Richey Blvd., Tucson, Arizona, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Arizona under case number CR-23-00853-TUC-RM (BGM) upon conviction for Transportation of Illegal Aliens for Profit, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i), and Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8); all in violation of Title 18, United States Code, §§ 751(a) and 4082.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about January 18, 2024, **Patrick Gary SCHLEGEL**, was sentenced to the custody of the Attorney General for a term of thirty-six (36) months incarceration pursuant to his convictions for Transportation of Illegal Aliens for Profit, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i) and Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) in case number CR-23-00853-TUC-RM (BGM). Pursuant to his thirty-six (36) months commitment to the Bureau of Prisons and by the authority of the Attorney General of the United States, **SCHLEGEL** was designated to serve a portion of his sentence at Dismas Charities, an institutional facility, located at 3443 S. Richey Blvd, Tucson, Arizona. On December 15, 2025, at 9:00 a.m., **SCHLEGEL** signed out of Dismas to go to Hope Counseling for an alcohol evaluation and counseling. He was due to return at 2:00 p.m. His return time was extended to 2:30 p.m. while calls were made to the counseling agency. Numerous calls to his cell phone went unanswered and his voice mailbox was not set up to leave him messages. **SCHLEGEL** did not return to Dismas as scheduled. He never contacted Dismas to say he was running late. **SCHLEGEL** failed to return to Dismas and as of December 17, 2025, Dismas Charities facility has placed **SCHLEGEL** on escape status.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:** N/A

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT *Josh Gordon* |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | OFFICIAL TITLE Deputy U.S. Marshal Joshua Gordon |
| AUTHORIZED BY AUSA R.Arellano *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2025.12.17 14:55:24 -07'00' | |
| Subscribed to and sworn to telephonically _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Maria S. Aguilera* | DATE December 17, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.